# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 99-0074-CV-W-JTM |
| | ) | |
| JANETTE L. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

TO THE CLERK OF COURT:

Full satisfaction is acknowledged of the monetary judgment imposed upon the above-

named defendant on September 21, 1999, by this Court.  The clerk is authorized and requested to

enter full satisfaction of record in this action.

Respectfully submitted,

Todd P. Graves
United States Attorney


By

/s/ E. Eugene Harrison
E. Eugene Harrison
Missouri Bar No. 26923
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone:  (816) 426-7166
Facsimile:  (816) 426-2569

## CERTIFICATE OF SERVICE

I certify that on this 29th day of June 2005, the foregoing was electronically filed using the Clerk of the Court's CM/ECF system, and that a copy was mailed to the following non-ECF participant:

Janette L. Jackson
705 Fairway Drive
Plattsburg, MO  64477


/s/ E. Eugene Harrison
Assistant United States Attorney